IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGAL DECISION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1040 C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ALAN J. LO RE, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
1100 L Street, NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 0226
Fax: (202) 514-7965

Dated: November 22 , 2005

s/Alan J. Lo Re

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

CERTIFICATE OF FILING

I hereby certify that on November 22, 2005, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Alan J. Lo Re
ALAN J. LO RE