IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGAL DECISION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1040C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including January 27, 2006, within which to file its answer. Defendant's answer is currently due on November 28, 2005. This is defendant's first request for an enlargement of time for this purpose. We have been unsuccessful in our attempts to contact opposing counsel by phone to ascertain plaintiff's position regarding this motion.

The Government seeks this enlargement to allow us to explore with plaintiff the possibility of settling this matter, and, if need be, to prepare a thorough response to plaintiff's complaint. The parties have held preliminary discussions regarding settlement, which may obviate the need for this litigation to continue. An enlargement of 60 days within which to respond will allow us to investigate thoroughly the possibilities for settlement.

In addition, because the parties have been focused on settlement, the Government has not completed its analysis of plaintiff's complaint. If the parties are unable to settle this case, a 60-day enlargement will permit the Army Corps of Engineers ("the Corps") to gather and review any information necessary for the preparation of a litigation report and suggested response to the complaint. The Corps will then prepare a litigation report and suggested response to the complaint and deliver them to defendant's counsel. Once the litigation report is received,

defendant's counsel will need sufficient time to review the report and suggested response to the complaint, obtain any additional information or clarification from the Corps, and prepare and file the Government's response to the complaint.

Further, the Department of Justice attorney assigned to assist in the handling of this case, an Honors Program attorney supervised by the government counsel of record,[1] will be out of the office in the coming weeks to attend a two-week-long training program. Upon his return, he will need sufficient time to review the litigation report prepared by the Corps.

An enlargement of 60 days to and including January 27, 2006, will provide the government with sufficient time to engage in more detailed discussions with plaintiff regarding settlement or, if necessary, to review and respond thoroughly to plaintiff's complaint.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Todd M. Hughes
TODD M. HUGHES
Assistant Director

[1] Counsel of record is currently involved in all of the spent nuclear fuel cases pending before the Court of Federal Claims.

/s Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 514-8624

November 22, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 22, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alan J. Lo Re

ALAN J. LO RE