# In the United States Court of Federal Claims

No. 05-1040C
Filed December 1, 2005

```
***********************************
                                  *
REGAL DECISION SYSTEMS, INC.,     *
                                  *
      Plaintiff,                  *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
      Defendant.                  *
                                  *
***********************************
```

**ORDER**

The Government's November 22, 2005 Motion for an Enlargement of Time is hereby **GRANTED**. The Government will respond to the Complaint on or before January 27, 2006. Pursuant to Appendix A of the Rules of the United States Court of Federal Claims, the parties will file Joint Preliminary Status Report within 49 days of the Government's Answer or Plaintiff's Reply to a Counterclaim. *See* RCFC, Appendix A.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**