# In the United States Court of Federal Claims

No. 05-1040C
Filed January 30, 2006

```
***********************************
                                  *
REGAL DECISION SYSTEMS, INC.,     *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

The Government's January 27, 2006 Motion for an Enlargement of Time is hereby **GRANTED**. The Government will respond to the Complaint **on or before February 27, 2006**. Pursuant to Appendix A of the Rules of the United States Court of Federal Claims, the parties will file Joint Preliminary Status Report within 49 days of the Government's Answer or Plaintiff's Reply to a Counterclaim. *See* RCFC, Appendix A.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**