IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGAL DECISION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1040C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 18 days, to and including March 17, 2006, within which to file its answer. Defendant's answer is currently due on February 27, 2006. This is defendant's third request for an enlargement of time for this purpose. We have contacted opposing counsel regarding this motion, and plaintiff does not oppose our request for an enlargement of time.

The Government seeks this enlargement of time to allow the parties to complete the settlement process. Following negotiations, the Government has tentatively accepted an offer of settlement from plaintiff. Plaintiff's offer, and the accompanying terms of settlement, must now be approved or disapproved by authorized Department of Justice officials. An enlargement of 18 days within which to respond to plaintiff's complaint will allow us to attempt to complete the settlement process.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Todd M. Hughes by Patricia M. McCarthy
TODD M. HUGHES
Assistant Director

/s Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

February 27, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 27, 2006, a copy of the foregoing "DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara

SEAN B. McNAMARA