# In the United States Court of Federal Claims

No. 05-1040C
Filed March 1, 2006

***********************************
REGAL DECISION SYSTEMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

The Government's February 27, 2006 Motion for an Enlargement of Time is hereby **GRANTED**. The Government will respond to the Complaint **on or before March 17, 2006**. Pursuant to Appendix A of the Rules of the United States Court of Federal Claims, the parties will file Joint Preliminary Status Report within 49 days of the Government's Answer or Plaintiff's Reply to a Counterclaim. *See* RCFC, Appendix A.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**