IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGAL DECISION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1040C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 14 days, to and including March 31, 2006, within which to file its answer. Defendant's answer is currently due on March 17, 2006. This is defendant's fourth request for an enlargement of time for this purpose. We have contacted opposing counsel regarding this motion, and plaintiff does not oppose our request for an enlargement of time.

The Government seeks this enlargement of time to allow the parties to complete the settlement process. The parties have executed a settlement agreement, which has been approved by Regal and authorized Department of Justice officials. Upon payment by the Government, the parties plan to execute a joint stipulation of dismissal. An enlargement of 14 days within which to respond to plaintiff's complaint will allow the parties time to complete this process.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

March 14, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 17, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara

SEAN B. McNAMARA