IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGAL DECISION SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-1040<br><br>(Judge Braden) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of SEAN McNAMARA as attorney of record for the United States. Mr. McNamara will replace Alan J. Lo Re as lead attorney on this matter. Service of all papers by opposing parties should be addressed as follows:

SEAN McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-7573
Fax: (202) 514-8624

March 17, 2006

CERTIFICATE OF FILING

I hereby certify that on March 17, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara
SEAN B. McNAMARA