IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGAL DECISION SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1040C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Court of Federal Claims Rule 41(a)(1)(ii), defendant, the United States, and plaintiff, Regal Decision Systems, Inc., hereby stipulate to dismissal of this action with prejudice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

DATED: March 24, 2006

/s Michael A. Stover
MICHAEL A. STOVER, Esq.
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Suite 1300
Baltimore, MD 21202

Attorney for Plaintiff

DATED: March 24, 2006

CERTIFICATE OF FILING

I hereby certify that on March 24, 2006, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara

SEAN B. McNAMARA